AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN     District of     PENNSYLVANIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JOHN PAUL HAGGERTY<br>aka Paul Gilfillan | Case Number: DPAE2:10-cr-00102-1<br>USM Number: 43735-279<br><br>Daniel Paul Alva, Esquire<br>Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    1-12

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1344 &2 | Bank Fraud | 5/3/09 | 1-12 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/12/10
Date of Imposition of Judgment

_Signature of Judge_

HARVEY BARTLE III, U.S.D.C.J.
Name and Title of Judge

October 13, 2010
Date

10/13/10 Cert Copies to Deft
Counsel AUSA US Marshal
Probation Pretrial Fiscal
FLU

AO 245B	(Rev. 06/05) Judgment in Criminal Case
	Sheet 2 — Imprisonment

DEFENDANT: JOHN PAUL HAGGERTY aka Paul Gilfillan
CASE NUMBER: 10-102-1

Judgment — Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   41 months

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JOHN PAUL HAGGERTY aka Paul Gilfillan
CASE NUMBER: 10-102-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 5 years

　　The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐　The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒　The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒　The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐　The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐　The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

　　If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

　　The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JOHN PAUL HAGGERTY aka Paul Gilfillan
CASE NUMBER: 10-102-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200. | $ 0 | $ 214,353.23 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| SEE ATTACHED LIST | 214,353.23 | 214,353.23 | |
| **TOTALS** | $ 214,353.12 | $ 214,353.23 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# United States v. John Paul Haggerty, CR 10-102 -- RESTITUTION CHART (5/6/2010)

| | Bank | From List | Addressee | Street Address | City, State, Zip | Loss |
|---|---|---|---|---|---|---|
| 1 | (First) Keystone Bank | I-12 | Terry D Crain | 22 West State Street | Media, PA 19063 | $ 2,284.04 |
| 2 | 1st Mariner | A-45 | Bank Manager | P.O. Box 25959 | Baltimore, MD 21224 | $ 2,341.32 |
| 3 | 1st National Bank of Arizona (formerly Mutual of Omaha) | A-16 | Doris Mitchell | Mutual of Omaha Plaza | Omaha, NE 68175 | $ 1,946.64 |
| 4 | Alliance Bank | A-43 | Derwin Cherry | 14200 Park Meadow Drive, Suite 2005 | Chantilly, VA 20151 | $ 2,140.46 |
| 5 | Alliance Bank of Arizona | A-14 | Bank Manager | 2901 North Central Avenue, Suite 100 | Phoenix, AZ 85012 | $ 1,504.19 |
| 6 | Amalgamated Bank | A-12 | Kathryn Brady | 275 Seventh Avenue | New York, NY 10001 | $ 1,296.95 |
| 7 | Amtrust Bank | A-1 | Bank Manager | 1810 East 9th Street, Suite 200 | Cleveland, OH 44114 | $ 2,043.73 |
| 8 | Associated Bank | B-32 | Joseph F. Gryz, Corporate Security | 612 North Main Street | Rockford, IL 61103 | $ 2,066.53 |
| 9 | Atlantic Bank | B-39 | Bank Manager | 15 Maiden Lane | New York, NY 10038 | $ 2,128.00 |
| 10 | Bank of America | B-22 | Security Recovery Support, MO-800-06-15 | P.O. Box 790087 | St. Louis, MO 63179-0087 | $ 1,839.69 |
| 11 | Bank of America | B-43 | Bank Manager | P.O. Box 790087 | St. Louis, MO 63179-0087 | $ 1,615.94 |
| 12 | Bank of North Georgia | A-27 | Ray Prenning | 10446 Alpharetta Way | Rosewell, GA 30075 | $ 2,657.10 |
| 13 | Bank of the West | A-3 | Bank Manager | 13505 California Street, NE-BBP-02F | Omaha, NE 68154 | $ 1,905.81 |
| 14 | Bank of the West | A-60 | Bank Manager | 3500 Aviation Boulevard | Redondo Beach, CA 90278 | $ 2,192.83 |
| 15 | Banner Bank | B-7 | Ramona Moffat, Fraud Prevention Department | P.O. Box 1589 | Bothell, WA 98041 | $ 1,780.00 |
| 16 | Bay Bank / Cowlitz Bank | B-17 | Laura Smith | PO Box 1518 | Longview, WA 98632 | $ 1,680.00 |
| 17 | Beneficial Bank | I-7 | Chuck Silverman | 530 Walnut Street | Philadelphia, PA 19106 | $ 2,325.28 |
| 18 | Bradford Bank | A-47 | Aaron Chauncey | 6900 York Road | Baltimore, MD 21212 | $ 1,193.41 |
| 19 | Century Bank | B-24 | Bank Manager | 2222McKinney Avenue | Dallas, TX 75201 | $ 1,742.36 |
| 20 | Charter One | B-28 | Bank Manager | 71 South Wacker Drive | Chicago, IL 60606 | $ 2,130.97 |
| 21 | Chevy Chase Bank | A-33 | Rena N. Kearney | 6200 Chevy Chase Drive | Laurel, MD 20707 | $ 2,024.77 |
| 22 | Citibank | B-42 | Bank Manager | 1367 Boylston Street | Boston, MA 02215 | $ 2,300.00 |
| 23 | Citizens Bank | A-67 | Justin Hannah | 65 Eugene O'Neill Drive | New London, CT 06320 | $ 2,352.57 |
| 24 | Citizens Bank (Charter One) | A-22 | Bank Manager | 71 South Wacker Drive | Chicago, IL 60606 | $ 2,585.63 |
| 25 | Citizens Business Bank | A-61 | Bank Manager | 1800 North Sepulveda Blvd. | Manhattan Beach, CA 90266 | $ 2,203.33 |
| 26 | American Marine Bank | B-14 | Gary Pedesto | 1000 2nd Avenue | Seattle, WA 98104 | $ 1,823.11 |
| 27 | Comerica Bank | A-4 | Bank Manager | P.O. Box 75000 | Detroit, MI 48275 | $ 1,945.95 |

# United States v. John Paul Haggerty, CR 10-102 -- RESTITUTION CHART (5/6/2010)

| | Bank | From List | Addressee | Street Address | City, State, Zip | Loss |
|---|---|---|---|---|---|---|
| 28 | Comerica Bank | A-75 | Bank Manager | 10489 Briar Forest Drive | Houston, TX 77042 | $ 2,201.74 |
| 29 | Compass Bank | A-15 | Lesa Moore | 701 32nd Street, South AL-BI-SC-RCH | Birmingham, AL 35233 | $ 1,379.23 |
| 30 | Compass Bank | A-72 | Bank Manager | 3633 Rice Road | Houston, TX 77005 | $ 2,580.65 |
| 31 | Conestoga Bank | I-9 | Megan Brice | 165 Pottstown Pike | Chester Springs, PA 19425 | $ 2,003.13 |
| 32 | Eagle Bank | A-38 | Jackie Barron | 11961 Tech Road, 201-628-4726 | Silver Springs, MD 20904 | $ 1,644.39 |
| 33 | East West Bank | A-64 | Bank Manager | 23737 Hawthorne Boulevard | Torrance, CA 90505 | $ 1,454.56 |
| 34 | EastWest Bank (formerly United Commercial Bank) | A-29 | Patricia L McKnight, Corporate Security | 711 Van Ness Avenue | San Francisco, CA 94102 | $ 1,083.73 |
| 35 | Emigrant Bank | A-56 | Susanne Wolfel | 5 East 42nd Street | New York, NY 10017 | $ 2,453.91 |
| 36 | Fidelity Bank | A-25 | Kathrine Miller | P.O. Box 105075 | Atlanta, GA 30348 | $ 2,309.96 |
| 37 | Fifth Third Bank | B-33 | Bank Manager | 8140 South Ashland Avenue | Chicago, IL 60620 | $ 2,060.00 |
| 38 | First Bank | A-7 | Stephanie Rosen, Electronic Banking MI-199-046 | 600 James S McDonnell Blvd | Hazelwood, MO 63042 | $ 1,979.22 |
| 39 | First Citizens Bank (formerly Georgian Bank) | A-28 | Penny Dezern | 3300 Cumberland Blvd, Suite 100 | Atlanta, GA 30339 | $ 2,372.35 |
| 40 | First Midwest Bank | B-31 | Jennifer Richardson, Card Services Operations Supervisor | 50 West Jefferson Street | Joliet, IL 60432-4399 | $ 2,860.73 |
| 41 | First Savings Bank | B-15 | Bank Manager | 201 Wells Avenue South | Renton, WA 98057 | $ 1,875.00 |
| 42 | Flagstar Bank | A-30 | Tarsha Nickerson | 5151 Corporate Drive | Troy, MI 48098 | $ 2,131.36 |
| 43 | Founders Bank | B-34 | Bank Manager | 3052 West 111th Street | Chicago, IL 60655 | $ 2,450.00 |
| 44 | Frontier Bank | B-13 | Marilee Paddock, Fraud Risk / ORM | 332 SW Everett Mall Way | Everett, WA 98204 | $ 1,805.83 |
| 45 | Frost Bank | B-26 | Connie Ortiz, Loss Prevention Fraud Investigator | 2735 Austin Highway | San Antonio, TX 78218 | $ 2,123.20 |
| 46 | Fulton Bank | I-2 | Glynnis Kosler, Security Dept. | One Penn Square | Lancaster, PA 17604 | $ 1,889.40 |
| 47 | Greater Atlantic Bank | A-39 | Debbie Geisse | One South Royal Avenue | Front Royal, VA 22630 | $ 2,265.06 |
| 48 | Guaranty Bank/Best Bank | A-31 | Kelly J. Quade | P.O. Box 240200 | Milwaukee, WI 53223 | $ 2,094.08 |
| 49 | Harris Bank | B-27 | Bank Manager | 33 West Ohio Street | Chicago, IL 60610 | $ 1,400.00 |
| 50 | Harvest Bank | A-40 | Kathy Garey | 15810 Gaither Drive, Suite 200 | Gaithersburg, MD 20877 | $ 2,142.29 |
| 51 | Haventrust Bank | B-37 | Bank Manager | 212 Ponte Verde Park Drive | Ponte Verde Beach, FL 32082-6600 | $ 2,335.00 |
| 52 | Homestreet Bank * | B-12 | Corporate Security | 1314 6th Avenue | Seattle, WA 98101 | $ 1,822.63 |

# United States v. John Paul Haggerty, CR 10-102 -- RESTITUTION CHART (5/6/2010)

| | Bank | From List | Addressee | Street Address | City, State, Zip | Loss |
|---|---|---|---|---|---|---|
| 53 | HSBC | B-2 | Bank Manager | 301 Arthur Godfrey Blvd | Miami Beach, FL 33140 | $ 1,900.00 |
| 54 | HSBC Bank | A-66 | Elizabeth Arlow | P.O. Box 1145 | Buffalo, NY 14240 | $ 2,288.98 |
| 55 | Industrial Bank | A-37 | Leonora Wilson | 4812 Georgia Avenue, N.W. | Washington, D.C. 20011 | $ 1,782.46 |
| 56 | Int'l Bank of Commerce | B-23 | Bank Manager | 8700 S. Pennsylvania Avenue | Oklahoma City, OK 73159 | $ 2,275.59 |
| 57 | Ironstone Bank | B-36 | Risk Mgt - DAC43 - Michelle DeFruscio | P. O. Box 27131 | Raleigh, NC 27611-7131 | $ 1,895.93 |
| 58 | Johnson Financial Group | B-19 | Cully L. Botcher, Officer - Fraud Investigator II | 555 Main Street, Suite 470 | Racine, WI 53403 | $ 1,779.87 |
| 59 | JP Morgan Chase / WAMU | B-1 | Justin Shuster, Fraud Recovery Investigations | P.O. Box 710988 | Columbus, OH 43271-0988 | $ 1,200.00 |
| 60 | Key Bank | B-10 | Bank Manager | 4701 California Avenue S.W. | Seattle, WA 98116 | $ 1,071.55 |
| 61 | Liberty Bank | A-71 | Susan Prigitano | 315 main Street, P.O. Box 2700 | Middletown, CT 06457 | $ 2,378.93 |
| 62 | M&I Bank | B-21 | Edward W. Catlett, Financial Crimes Investigator, Corporate Security | 1 East Camelback Road | Phoenix, AZ 85012 | $ 1,266.41 |
| 63 | M&T Bank | A-34 | Hedyanne Richert | P.O. Box 844 | Buffalo, NY 14240 | $ 2,360.07 |
| 64 | Meridian Bank | B-20 | Bank Manager | 3550 North Centeral Avenue | Phoenix, AZ 85012 | $ 2,158.91 |
| 65 | Middleburg Bank | A-44 | Bank Manager | 1779 Fountain Drive | Reston, VA 20190 | $ 1,853.92 |
| 66 | MidFirst Bank | A-13 | Kimberly Lane | Midfirst Plaza, P.O. Box 26750 | Oklahoma City, OK 73126 | $ 1,971.36 |
| 67 | National City Bank | B-29 | Robert B. Jakeway, Loss Avoidance & Investigations, Locator C-NO3-54 | 120 West State Street | Rockford, IL 61101-1106 | $ 1,070.09 |
| 68 | National Penn | I-4 | Roxanne Miller c/o Loss Prevention | 1503 Sunset Drive, Suite 1 Front | Pottstown, PA 19464 | $ 2,385.22 |
| 69 | New Century Bank | B-35 | Bank Manager | 363 West Ontario Street | Chicago, IL 60610 | $ 1,672.71 |
| 70 | Northwest Savings Bank | A-49 | Jessica Gabriel, Operations Support Mgr. | 100 Liberty Street, PO Box 128 | Warren, PA 16365 | $ 2,183.11 |
| 71 | OneWest Bank (formerly First Federal Bank of CA) | B-44 | Bank Manager | 1100 Pacific Coast Highway | Hermosa Beach, CA 90254 | $ 2,250.00 |
| 72 | People's Bank | A-8 | Tera Swan | P.O. Box 233 | Lynden, WA 98264 | $ 1,839.25 |
| 73 | Plains Capital Bank | B-25 | Scott J. Luedke, General Counsel | 2323 Victory Avenue, Suite 1400 | Dallas, Texas 75219 | $ 1,443.54 |
| 74 | PNC Bank | B-38 | Bank Manager | 1400 K Street | Washington, DC 20005 | $ 2,318.49 |
| 75 | Provident Bank | A-57 | Joe Spitolo | 830 Bergen Avenue | Jersey City, NJ 07306 | $ 2,289.96 |
| 76 | RBC Bank | A-26 | Bank Manager | 1725 Mt. Vernon Road | Dunwoody, GA 30338 | $ 2,311.31 |

# United States v. John Paul Haggerty, CR 10-102 -- RESTITUTION CHART (5/6/2010)

| | Bank | From List | Addressee | Street Address | City, State, Zip | Loss |
|---|---|---|---|---|---|---|
| 77 | Regions Bank | A-21 | Brandy L. Horsley | P.O. Box 11007 | Birmingham, AL 35288 | $ 2,753.46 |
| 78 | Regions Bank | A-73 | Bank Manager | P.O. Box 11007 | Birmingham, AL 35288 | $ 1,919.22 |
| 79 | Republic First Bank c/o Wilson Law Firm | I-5 | Robert J. Wilson | 2 South Orange Street, Suite 204 | Media, PA 19063 | $ 1,479.20 |
| 80 | Rockland Trust | A-59 | Bank Manager | 8 Richards Road | Plymouth, MA 02360 | $ 2,271.03 |
| 81 | Royal Bank | I-6 | Novelette Clarke | 732 Montgomery Avenue | Narberth, PA 19072 | $ 1,087.39 |
| 82 | Sandy Spring Bank | A-42 | Stacey L. Wellons | 17801 Georgia Avenue | Olney, MD 20832 | $ 1,722.88 |
| 83 | Severn Savings Bank | A-46 | Andrea E. Colender | 200 Westgate Circle, Suite 200 | Annapolis, MD 21401 | $ 1,736.77 |
| 84 | Sovereign Bank | I-1 | Charlene C. Para | 610 Corporate Drive | Reading, PA 19605 | $ 2,313.39 |
| 85 | Standard Bank | B-30 | Norman Graham, VP | 7725 West 98th Street | Hickory Hills, LL 60457 | $ 2,291.24 |
| 86 | Sterling Savings Bank | A-10 | Kimberly Hawkins | 111 North Wall Street | Spokane, WA 99201 | $ 3,182.26 |
| 87 | Suntrust Bank | A-2 | Jamie Bascom, Reg'l Security Coordinator | 900 N. 14th Street | Leesburg, FL 34748 | $ 2,127.09 |
| 88 | Susquehanna Bank | I-8 | Mike Cullen, Loss Prevention | 26 N. Cedar Street, PO Box 1000 | Lititz, PA 17543 | $ 2,130.86 |
| 89 | TD Bank | A-70 | Bank Manager | 2035 Broad Street | Hartford, CT 06114 | $ 2,331.21 |
| 90 | Timberland Bank | A-9 | Danielle Rowekamp | 624 Simpson Avenue | Hoquiam, WA 98550 | $ 1,783.79 |
| 91 | Total Bank | A-51 | Dave Schlosberg | 2720 Coral Way | Miami, FL 33145 | $ 2,392.58 |
| 92 | Transatlantic Bank | A-54 | Bank Manager | 48 East Flagler Street | North Miami, FL 33131 | $ 2,364.98 |
| 93 | U.S. Bank | A-5 | Bank Manager | 800 Nicollet Mall, BC-MN-H21P | Minneapolis, MN 55402 | $ 2,339.18 |
| 94 | U.S. Bank | A-62 | Marit Johnson | 800 Nicollet Mall, BC-MN-H21P | Minneapolis, MN 55402 | $ 2,146.98 |
| 95 | Umpqua Bank | A-11 | Becky Rabern, Disputes 560-1-DCOP | P. O. Box 1820 | Roseburg, OR 97470 | $ 1,831.10 |
| 96 | Umpqua Bank (formerly Evergreen Bank) | B-11 | Bank Manager | 17555 NE Sacramento | Portland, OR 97320 | $ 2,380.19 |
| 97 | Union Bank | A-6 | Kimberly Eborn | P.O. Box 30240 | Los Angeles, CA 90030 | $ 1,919.99 |
| 98 | Union Bank | A-63 | Bank Manager | 1401 Pacific Coast Highway | Hermosa Beach, CA 90254 | $ 2,124.75 |
| 99 | United Bank | A-36 | Jill A. Shifflett | 14426 Albemarle Point Place | Chantilly, VA 20151 | $ 2,391.88 |
| 100 | Univest | I-3 | Susan Snyder | 14 North Main Street, PO Box 64197 | Souderton, PA 18964 | $ 1,498.60 |
| 101 | Valrico State Bank | A-55 | Bank Manager | 1815 State Road, 60 East | Valrico, FL 33594 | $ 1,724.45 |
| 102 | Wachovia Bank | A-79 | Legal Ordering Processing | 401 Market Street, MAC:Y1372-110 | Philadelphia, PA 19106 | $ 1,404.08 |
| 103 | Webster Bank | B-41 | Verona Cascio, Loss Mgt | P.O. Box 4612 | Wallingford, CT 06492 | $ 2,531.27 |
| 104 | Wells Fargo Bank | B-4 | Bank Manager | 2 Grant Avenue | San Francisco, CA 94108 | $ 1,911.37 |

# United States v. John Paul Haggerty, CR 10-102 -- RESTITUTION CHART (5/6/2010)

| Bank | From List | Addressee | Street Address | City, State, Zip | Loss |
|---|---|---|---|---|---|
| 105 West Coast Bank | B-16 | Corp. Security & Loss Prevention | 1000 S.W. Broadway | Portland, OR 97205 | $ 1,850.00 |
| 106 Whitney National Bank | A-24 | Jeanne M. Dutruch | 228 St. Charles Avenue, Suite 626 | New Orleans, LA 70130 | $ 1,738.22 |
| 107 Whitney National Bank | A-78 | Bank Manager | 228 St. Charles Avenue, Suite 626 | New Orleans, LA 70130 | $ 1,958.10 |

TOTAL $ 214,353.23

* Homestreet Bank: Write memo on restitution check - #2008-054

DEFENDANT:     JOHN PAUL HAGGERTY aka Paul Gilfillan
CASE NUMBER:   10-102-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ __1,200.__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance   ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

   Defendant is to pay restitution in the total amount of $214,353.23 at the rate of $150. per month starting one month after his release from prison.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

X  The defendant shall forfeit the defendant's interest in the following property to the United States:
   $19,396.51

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.